JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No. **CR 18-169-JFW**                                        Dated: May 21, 2018

===============================================================
PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Court Reporter | Jehan M. Pernas |
| Courtroom Deputy | Not Present | Asst. U.S. Attorney |
| | | Not Present |

===============================================================
U.S.A. vs (Dfts listed below)                            Attorneys for Defendants

Edwin Lee Quale                                       Andre J. Townsend, DFPD
Not Present                                               Not Present

_____

PROCEEDINGS (IN CHAMBERS):      **ORDER DISMISSING APPEAL FOR LACK OF PROSECUTION**

      On March 27, 2018, Defendant Edwin Lee Quale ("Quale") filed a Notice of Appeal from Judgment Rendered by a Magistrate Judge in a Criminal Case. On April 4, 2018, the Court set a briefing schedule, which required Quale to file his Opening Brief on or before May 1, 2018. However, as of the date of this Order, Quale has failed to file an Opening Brief. Accordingly, Quale's Appeal is **DISMISSED** for lack of prosecution. *See United States v. Huff*, 2012 WL 5404829 (D. Haw. Nov. 2, 2012) ("The Court has the discretion to dismiss Defendant's Appeal based on her failure to prosecute"); *see also United States v. Tierney*, 66 Fed. Appx. 686, 686–87 (9th Cir. 2003) (holding that the district court acted within its discretion in dismissing an appeal from misdemeanor convictions by a magistrate judge for failure to prosecute after the defendant failed to comply with a district court order to file a memorandum setting forth the legal and factual basis for his appeal). The hearing set for June 1, 2018, at 8:00 a.m., is **VACATED**.

      IT IS SO ORDERED.

Initials of Deputy Clerk  sr